UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20448-CV-WILLIAMS

JANE DOE (L.M.),

    Plaintiff,

v.

MIAMI-DADE COUNTY DISTRICT
SCHOOL BUS, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 9) ("***Report***") on Plaintiff Jane Doe's Motion for Leave to Proceed *in Forma Pauperis* (DE 3) ("***Motion***"). In the Report, Judge Goodman recommends that Plaintiff's Complaint be dismissed without prejudice and the Motion be denied as moot. (DE 9 at 1.) Specifically, the Report finds that "[a]n action like this one, where a parent attempts to represent their child *pro se*, is subject to dismissal." (*Id.* at 5.) Plaintiff filed objections to the Report stating that she "is not attempting to represent her child as her attorney . . . [but] is in the process o[f] looking for [a] legal attorney." (DE 10 at 1.) The Court conducted a *de novo* review of the portions of the Report to which Plaintiff objected and a review of the remainder of the Report for clear error.

Accordingly, upon a careful review of the Report, the Motion, the objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Goodman's Report (DE 9) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff Jane Doe's Motion for Leave to Proceed *in Forma Pauperis* (DE 3) is **DENIED AS MOOT**.

3. Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE** with leave to amend. Plaintiff shall have **ninety (90) days** from the date of this Order to obtain counsel and file an amended complaint.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>7th</u> day of June, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

**Jane Doe (L.M.),** *Pro Se*
861 NE 209th Terrace, #105
Miami, FL 33179
786-575-9130
purplevinerefugeinc@gmail.com